RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Jose Daniel Moreno-Pina

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE DANIEL MORENO-PINA,<br><br>　　　　　　Defendant. | Case No. 2:18-cr-00014-RFB-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Fourth Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Susan Cushman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Jose Daniel Moreno-Pina, that the Sentencing Hearing currently scheduled on December 3, 2019 at 1:30 p.m., be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

　　　　The Stipulation is entered into for the following reasons:

　　　　1.　　Mr. Moreno-Pina was involved in a car accident on April 28, 2019, and suffered extensive medical injuries. Mr. Moreno-Pina has started to learn to walk again. However, his physician has recommended that he not travel for at least 30 days.

2. The parties seek a stipulation to allow Mr. Moreno-Pina to continue to receive physical therapy to strengthen his ability to walk so that he will be able to travel to Las Vegas for his sentencing hearing.

3. The defendant is not incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

This is the fourth stipulation to continue filed herein.

DATED this 21st day of November, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Susan Cushman*<br>By_____<br>SUSAN CUSHMAN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOSE DANIEL MORENO-PINA,<br><br>　　　　Defendant. | Case No. 2:18-cr-00014-RFB-NJK<br><br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, December 3, 2019 at 1:30 p.m., be vacated and continued to __February 6, 2020__ at the hour of __11:00__ _A_. m.

DATED this 25th day of November, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE