1 RENE L. VALLADARES
Federal Public Defender
2 Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
3 Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
4 Las Vegas, Nevada 89101
(702) 388-6577/Phone
5 (702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Jose Daniel Moreno-Pina

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE DANIEL MORENO-PINA,<br><br>Defendant. | Case No. 2:18-cr-00014-RFB-NJK<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Susan Cushman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Jose Daniel Moreno-Pina, that the Status Conference Hearing currently scheduled on March 4, 2020 at 1:30 p.m., be vacated and continued March 12, 2020 at 10:45 a.m.

The Stipulation is entered into for the following reasons:

1. On February 14, 2020, this Court issued a summons for Mr. Moreno-Pina to appear for a status conference hearing on March 4, 2020. ECF No. 127. Mr. Moreno-Pina is also scheduled to appear eight (8) days later for a sentencing hearing on March 12, 2020.

Mr. Moreno-Pina resides out of state and will have to travel for his upcoming hearings. As a result, the parties are requested the status check hearing be continued to the date and time of the currently scheduled sentencing hearing.

2. The parties seek a stipulation to consolidate the hearings and to allow Mr. Moreno-Pina to travel on one occasion to address both the petition and his sentencing.

3. The defendant is not incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 18th day of February 2020.

| RENE L. VALLADARES | NICHOLAS A. TRUTANICH |
|---|---|
| Federal Public Defender | United States Attorney |

*/s/ Nisha Brooks-Whittington*  
By_____  
NISHA BROOKS-WHITTINGTON  
Assistant Federal Public Defender

*/s/ Susan Cushman*  
By_____  
SUSAN CUSHMAN  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE DANIEL MORENO-PINA,<br><br>    Defendant. | Case No. 2:18-cr-00014-RFB-NJK<br><br>**ORDER** |

IT IS ORDERED that the Status Conference hearing currently scheduled for Wednesday, March 4, 2020 at 1:30 p.m., be vacated and continued to March 12, 2020 at 10:45 a.m.

DATED this 25th day of February, 2020.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE