1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   NISHA BROOKS-WHITTINGTON
3  Assistant Federal Public Defender
   411 E. Bonneville, Ste. 250
4  Las Vegas, Nevada 89101
   (702) 388-6577/Phone
5  (702) 388-6261/Fax
   Nisha_Brooks-Whittington@fd.org
6

7  Attorney for Jose Daniel Moreno-Pina

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00014-RFB-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Sixth Request) |
| JOSE DANIEL MORENO-PINA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Susan Cushman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Jose Daniel Moreno-Pina, that the Sentencing Hearing currently scheduled on April 13, 2020 at 1:00 p.m., be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

The Stipulation is entered into for the following reasons:

1. On March 11, 2020, the World Health Organization officially classified COVID-19 a pandemic.[1] Governor Steve Sisolak declared a State of Emergency in Nevada on March 12, 2020. On March 16, 2020, the CDC recommended that all in-person events consisting of 10 or more people be postponed or cancelled throughout the United States.[2]

2. As of April 6, 2020, Nevada has 1,953 confirmed COVID-19 cases and 46 deaths.[3] Also, as of April 6, 2020, the new strain of coronavirus which causes COVID-19, has infected over 1.3 million people, leading to at least 73,916 deaths worldwide.[4] In light of this pandemic, the growing number of infected individuals in the State of Nevada and worldwide, and the CDC's recommendations, counsel request a continuance of the sentencing hearing.

3. Mr. Moreno-Pina further requests a continuance to allow him additional time to obtain a medical report, as ordered by this Court, from his physician regarding his current medical status and recommended physical therapy.

4. The defendant is not incarcerated and does not object to the continuance.

5. The parties agree to the continuance.

---

[1] *WHO Characterizes COVID-19 as a Pandemic*, World Health Organization (Mar. 11, 2020) at https://www.who.int/dg/speeches/detail/who-director-general-s-opening-remarks-at-the-media-briefing-on-covid-19---11-march-2020.

[2] Center for Disease Control: COVID-19 https://www.cdc.gov/coronavirus/2019-ncov/community/large-events/ (last visited Mar. 24, 2020).

[3] https://nvhealthresponse.nv.gov/.

[4] *Coronavirus Resource Center*, John Hopkins University (last visited Apr. , 2020), https://coronavirus.jhu.edu/map.html.

This is the sixth stipulation to continue filed herein.

DATED this 6th day of April 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Susan Cushman*<br>By_____<br>SUSAN CUSHMAN<br>Assistant United States Attorney |

# UNITED STATES DISTRIC mT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>JOSE DANIEL MORENO-PINA,<br><br>   Defendant. | Case No. 2:18-cr-00014-RFB-NJK<br><br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled for Monday, April 13, 2020 at 1:00 p.m., be vacated and continued to __June 18, 2020__ at the hour of __2:00__ _p_.m.

DATED this _6th_ day of April 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE